

Attorneys at Law

Eric W. Moran
t  212.351.4510
f  212.878.8600
EMoran@ebglaw.com

December 4, 2023

Hon. Ann M. Donnelly
District Judge, U.S. District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY  11201

      *Re:*   *TuneCore, Inc. v. Faryal Khan-Thompson and CD Baby, Inc.*
            Case No. 23-cv-08721-AMD-RML

Dear Judge Donnelly:

      This firm represents plaintiff TuneCore, Inc. On November 27, 2023, TuneCore filed an emergency motion for temporary restraints against defendant Faryal Khan-Thompson [Dkt. 2], which the Court granted on November 29, 2023 [Dkt. 11]. At that time, TuneCore also undertook to confer with defendant CD Baby regarding TuneCore's request for certain relief as to that party. As a result of those efforts, TuneCore and CD Baby hereby jointly submit the enclosed Stipulated Order For Temporary Restraints. If the enclosed order meets with the Court's approval, TuneCore and CD Baby respectfully request its entry on the docket.

      We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

                                                         *s/Eric W. Moran, Esq.*

Attachment
cc:    Lincoln O. Bisbee, Esq., counsel for CD Baby (via CM/ECF)
       John P. Curley, Esq., counsel for Faryal Khan-Thompson (via CM/ECF)