# Morgan Lewis

**Lincoln O. Bisbee**
Partner
+1.212.309.6104
lincoln.bisbee@morganlewis.com

March 8, 2024

<u>**VIA ECF**</u>

The Honorable Robert M. Levy
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** *TuneCore, Inc. v. Faryal Khan-Thompson, et al.*
> <u>U.S. District Court, Eastern District of New York; No. 1:23-cv-08721-AMD-RML</u>

Dear Magistrate Judge Levy:

I write on behalf of all Parties in the above-referenced matter. Pursuant to the Settlement Conference Agreement (Dkt. No. 45) entered by the Court on February 27, 2024, the Parties are available on May 13, 2024 for a daylong settlement conference before Your Honor in this matter. Therefore, the Parties respectfully request that the settlement conference be scheduled for May 13, 2024.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Lincoln O. Bisbee*

Lincoln O. Bisbee

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York , NY 10178-0060   T +1.212.309.6000
United States   F +1.212.309.6001